**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DONNA K. RAINES,** *et al.*                                    **PLAINTIFFS**

**4:16-CV-00208-BRW**

**OSCAR HOMER JONES, III,** *et al.*                            **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today (granting summary judgment for Defendants),

judgment is hereby entered for Defendants.  Accordingly, this case is DISMISSED with

prejudice.

IT IS SO ORDERED this 25th day of July, 2017.


 /s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE